AO 91 (Rev 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| JUSTON MCDOWELL | ) Case No. 1:25-MJ-27 (DJS) |
| | ) |
| | ) |
| | ) |
| | ) |
| **Defendant** | ) |

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
FEB 0 3 2025
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On

or about the date(s) of April 6, 2024 through June 9, 2024 in the county of Albany in the Northern District of New

York, and elsewhere. the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 922(a)(1)(A) | Dealing in Firearms Without a License |

This criminal complaint is based on these facts:
See attached affidavit

☒    Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Brian Leahey
_____
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: Feb 3, 2025

_____
*Judge's signature*

City and State:    Albany, NY

Hon. Daniel J. Stewart, U.S. Magistrate Judge
_____
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Brain Leahey, being duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of a criminal complaint charging JUSTON MCDOWELL ("MCDOWELL") with Dealing in Firearms Without a License, in violation of 18 U.S.C. § 922(a)(1)(A).

2.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since September 2020.  My duties include the investigation of federal firearm violations and related crimes.  I have also received training and have gained experience in the investigation of firearms offenses.

3.      As the case agent, I am fully familiar with the facts of this case.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.  Where statements of others are related in this affidavit, they are related in substance and in part.

**THE STATUTE**

4.      In pertinent part, Title 18, United States Code, Section 922(a)(1)(A) provides: "It shall be unlawful for any person except a licensed importer, licensed manufacturer, or licensed dealer, to engage in the business of importing, manufacturing, or dealing in firearms, or in the course of such business to ship, transport, or receive any firearm in interstate or foreign commerce."

**PROBABLE CAUSE**

5.      The ATF keeps records of all individuals licensed to import, deal, and manufacture firearms.  I have checked those records and determined that MCDOWELL is not, and has never been, a licensed importer, licensed manufacturer, or licensed dealer of firearms.

2

6. On July 18, 2024, members of the New York State Police (NYSP) executed a State Court issued search warrant in the City of Albany at the home of Straw Purchaser-1. During the execution of said search warrant law enforcement located a Glock model 23, 40 caliber handgun bearing serial number CAYX966 ("the Glock 23") and a Glock model 32, .357 caliber handgun bearing serial number CCFK304 ("the Glock 32) (collectively, "the recovered Glocks").

7. Law enforcement interviewed Straw Purchaser-1. Among other information, Straw Purchaser-1 indicated that he bought both of the recovered Glocks from the same person and that he bought them in two separate transactions.

8. I have reviewed the records of the Federal Firearms Licensees that sold the recovered Glocks. Those records reveal that MCDOWELL purchased both of the recovered Glocks in Fayetteville, North Carolina, using a North Carolina driver's license in McDowell's name. More specifically,

   a. MCDOWELL purchased the Glock 32 on April 6, 2024, and

   b. MCDOWELL purchased the Glock 23 on June 8, 2024.

Based on my training and experience, I believe that the time between the sale in North Carolina and recovery in Albany—103 days for the Glock 32 and 40 days for the Glock 23—is a short-timeframe. This is indicative of trafficked firearms.

9. The location information for MCDOWELL's cellular phone places him in the vicinity of the C&E Gun Show in Fayetteville, North Carolina on the dates that both of the recovered Glocks were sold at the C&E Gun Show.

10. Although MCDOWELL has a North Carolina driver's license, electronical location information of MCDOWELL's cell phone and a Chevrolet Cruz registered in MCDOWELL's name reveal that he only goes to North Carolina when there is a gun show.

11. I have reviewed the records for a CashApp account in MCDOWELL's name with what I know to be MCDOWELL's actual date of birth and social security number. The account was also verified using a government identification. Those records indicate that Straw Purchaser-1 paid $1,071 to MCDOWELL on June

7, 2024. The records reflect that Straw Purchaser-1 made this payment to MCDOWELL the day before MCDOWELL purchased the Glock 23 and 41 days before law enforcement recovered the Glock 23 from Straw Purchaser-1's home.

## CONCLUSION

12. Based on the foregoing, I believe there is probable cause that JUSTON MCDOWELL has violated 18 U.S.C. § 922(a)(1)(A), which prohibits Dealing in Firearms without a License. I further request that a criminal complaint be issued pursuant to this violation of federal law.

Attested to by the affiant:

Brian Leahey
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and
Explosives

I, the Honorable Daniel J. Stewart, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by telephone on February 3, 2025 in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Daniel J. Stewart
United States Magistrate Judge

4