IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   1:25-CR-350 (AMN) |
| | ) | |
| v. | ) | **Information** |
| | ) | |
| **JUSTON MCDOWELL,** | ) | Violation:   18 U.S.C. § 922(a)(1)(A) |
| | ) | [Dealing in Firearms Without |
| | ) | a License] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense:   Albany |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**[Dealing in Firearms Without a License]**

Between in or about March 2022 and in or about February 2025, in Albany County in the Northern District of New York, and elsewhere, the defendant, **JUSTON MCDOWELL**, not being a licensed importer, licensed manufacturer, and licensed dealer in firearms, willfully engaged in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

Dated: September 3, 2025

JOHN A. SARCONE III
Acting United States Attorney

By:   /s/ Jonathan S. Reiner
_____
Jonathan S. Reiner
Assistant United States Attorney
Bar Roll No. 702645

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 1 5 2025
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany